1

2         **IN THE UNITED STATES DISTRICT COURT FOR THE**

3              **EASTERN DISTRICT OF CALIFORNIA**

4

5

6    **RICARDO BANUELOS,**              )     **1:12-CV- 1012 AWI SAB**
                                        )
          **Plaintiff,**                )
7         **v.**                        )     **ORDER VACATING**
                                        )     **JANUARY 28, 2013 HEARING**
8    **WASTE CONNECTIONS, INC.,**       )
                                        )
9             **Defendant.**            )
     _____        )

10

11

12        Defendants have noticed for hearing and decision a motion for summary judgment. The

13   matter is scheduled for hearing to be held on January 28, 2013. Pursuant to Local Rule 230(c),

14   Plaintiff was required to file either an opposition or a notice of non-opposition no later than

15   January 14, 2013. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or

16   notice of non-opposition, he is in violation of the Local Rules and is not entitled to be heard at

17   oral argument in opposition to the motion. See Local Rule 230(c). The Court has reviewed

18   Defendants' motion and the applicable law, and has determined that the motion is suitable for

19   decision without oral argument. See Local Rule 7230(h).

20

21        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 28,

22   2013, is VACATED, and no party shall appear at that time. As of January 28, 2013, the Court

23   will take the matter under submission, and will thereafter issue its decision.

     IT IS SO ORDERED.

24

25   Dated:    January 24, 2013          _____

26                                             SENIOR  DISTRICT  JUDGE

27

28