IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO BANUELOS,**  )<br>                    )<br>         Plaintiff, )<br>  v.              )<br>                    )<br>**WASTE CONNECTIONS, INC.,**  )<br>                    )<br>         Defendant.    )<br>_____) | 1:12-CV- 1012 AWI SAB<br><br>**ORDER VACATING<br>JANUARY 28, 2013 HEARING** |

    Defendants have noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for hearing to be held on January 28, 2013.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 14, 2013.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230(c).  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 7230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 28, 2013, is VACATED, and no party shall appear at that time.  As of January 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 24, 2013                              _____
                                                                                     SENIOR  DISTRICT  JUDGE