IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BANUELOS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WASTE CONNECTIONS, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | 1:12-CV- 1012 AWI SAB <br><br> ORDER VACATING APRIL 8, 2013 HEARING |

Defendants have noticed for hearing and decision a motion for attorney's fees, costs, and sanctions. The matter is scheduled for hearing to be held on April 8, 2013. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 8, 2013, is VACATED, and the parties shall not appear at that time. As of April 8, 2013, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: April 3, 2013

_____
SENIOR DISTRICT JUDGE