Lizbeth V. West, State Bar No. 207137
Meagan D. Christiansen, State Bar No. 240679
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:  916/558.6000
Facsimile:   916/446.1611

Attorneys for WASTE CONNECTIONS, INC.

FILED
DEC 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BANUELOS,<br><br>          Plaintiff,<br><br>     v.<br><br>WASTE CONNECTIONS, INC., and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 1:12-CV-01012-AWI-DLB<br><br>[~~PROPOSED~~] JUDGMENT ON COSTS<br><br>FRCP, Rule 58 (b) & (d)<br>Local Rule 292<br><br>Judge:                    Ishii<br>Complaint Filed:      June 21, 2012<br>Judgment Entered:  January 31, 2013<br>Costs Taxed:           September 12, 2013 |

Pursuant to the Taxation of Costs entered by the Clerk of the Court on September 12, 2013, the Court hereby enters judgment in favor of Defendant, Waste Connections, Inc. ("Defendant") against Plaintiff, Ricardo Banuelos ("Plaintiff") for costs incurred in this action in the amount of Four Thousand Three Hundred Forty-Two and 50/100 Dollars ($4,342.50).

IT IS SO ORDERED.

Dated: 12/6/2013                           _____
                                                         Deputy Clerk

{1707298.DOC;}                         1                         Judgment on Costs
                                                          Banuelos v. Waste Connections, Inc.